**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Miller Parts & Paint, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3097420** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**101 W. Divine St.**<br>**Dunn, NC 28334**<br>Number, Street, City, State & ZIP Code<br>**Harnett**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Miller Parts & Paint, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Miller Parts & Paint, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Miller Parts & Paint, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2026**
MM / DD / YYYY

***X*** **/s/ William Max Miller**
Signature of authorized representative of debtor

**William Max Miller**
Printed name

Title **President**

**18. Signature of attorney**

***X*** **/s/ George Mason Oliver**
Signature of attorney for debtor

Date **October 23, 2026**
MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone **252-633-1930** Email address

**26587 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miller Parts & Paint, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2026**

X **/s/ William Max Miller**
Signature of individual signing on behalf of debtor

**William Max Miller**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miller Parts & Paint, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Genuine Parts Company/Napa<br>Attn: Manager or Agent<br>600 Gallimore Dairy Road<br>High Point, NC 27265** | | | | | | **$396,645.12** |
| **Capital One<br>Attn: Manager or Agent<br>PO Box 71087<br>Charlotte, NC 28272-1087** | | **Credit Card** | | | | **$49,284.90** |
| **Pugh/Cadence Petroleum<br>Attn: Manager or Agent<br>P.O. Box 601872<br>Charlotte, NC 28260** | | | | | | **$47,696.70** |
| **Campbell Oil Co., Inc.<br>Attn: Manager or Agent<br>PO Box 637<br>Elizabethtown, NC 28337-0637** | | | | | | **$20,469.80** |
| **Interstate Batteries<br>Attn: Manager or Agent<br>P.O. Box 1657<br>Angier, NC 27501** | | | | | | **$6,357.51** |
| **Bank of America<br>Attn: Managing Agent<br>PO Box 660441<br>Dallas, TX 75266-0441** | | **Credit Card** | | | | **$5,857.25** |

Debtor **Miller Parts & Paint, Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AirGas**<br>**Attn: Manager or Agent**<br>**P.O. Box 734672**<br>**Dallas, TX 75373-4672** | | | | | | **$5,571.20** |
| **William Miller**<br>**460 Bailey Rd**<br>**Coats, NC 27521** | | | | | | **$1,241.69** |
| **Billie J. Pitcher**<br>**601 Hannah Creek Rd.**<br>**Four Oaks, NC 27524** | | | | | | **$847.45** |
| **Parrish Fire and Safety**<br>**Attn: Managing Agent**<br>**PO Box 68**<br>**Benson, NC 27504** | | | | | | **$839.12** |
| **Theresa Wilkins**<br>**454 Hwy 55 West**<br>**Coats, NC 27521** | | | | | | **$720.00** |
| **Brandy A Wilson**<br>**12805 NC Highway 50 S**<br>**Newton Grove, NC 28366** | | | | | | **$703.94** |
| **Brandon Fish**<br>**506 S Magnolia Ave**<br>**Dunn, NC 28334** | | | | | | **$697.25** |
| **Tiffany Lee**<br>**733 Scout Road**<br>**Four Oaks, NC 27524** | | | | | | **$673.87** |
| **Cintas Corporation #0399**<br>**Attn: Managing Agent**<br>**602 Warsaw Hwy.**<br>**Clinton, NC 28328** | | | | | | **$651.36** |
| **Brandon Miller**<br>**460 Bailey Rd**<br>**Coats, NC 27521** | | | | | | **$573.12** |
| **Lynwood Lee**<br>**5235 NC 965**<br>**Four Oaks, NC 27524** | | | | | | **$565.95** |
| **Michael E. Williams**<br>**16395 Hobbton Hwy**<br>**Newton Grove, NC 28366** | | | | | | **$521.59** |

Debtor **Miller Parts & Paint, Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Eric J. Fritts<br>775 Lee Johnson Rd<br>Dunn, NC 28334** | | | | | | **$509.78** |
| **William H. Verzaal<br>200 Dawn Rd<br>Benson, NC 27504** | | | | | | **$478.88** |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **2,021,733.54** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **2,021,733.54** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **1,466,547.77** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **10,345.78** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **704,967.13** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **2,181,860.68** |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank 301 E. Main St. Benson, NC 27504** | **Checking** | **6210** | **$39,567.72** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$39,567.72**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **255,734.76** | - | **0.00** | = .... | **$255,734.76** |

Debtor **Miller Parts & Paint, Inc.** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **42,599.06** | - | **0.00** | =.... | **$42,599.06** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** **$298,333.82**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Finished Goods** | | **$0.00** | **N/A** | **$1,543,482.00** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$1,543,482.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor **Miller Parts & Paint, Inc.** Case number *(If known)*
Name

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | **$0.00** | | **$45,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Equipment** | **$0.00** | | **$35,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$80,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2016 Ford Fiesta**<br>**VIN: 3FADP4AJXGM204376** | **$0.00** | | **$4,000.00** |
| 47.2. | **2016 Chevrolet City Express LT**<br>**VIN: 3N63M0ZN5GK690568** | **$0.00** | | **$3,000.00** |
| 47.3. | **2014 FORD TRANSIT CONNECT**<br>**VIN: NM0LE6E71E1151497** | **$0.00** | | **$2,000.00** |
| 47.4. | **2011 FORD TRANSIT CONNECT XLT PREM**<br>**VIN: NM0KS9CN4BT058934** | **$0.00** | | **$500.00** |

Debtor **Miller Parts & Paint, Inc.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2015 NISSAN NV200 2.5S 2.5SV**<br>**VIN: 3N6CM0KN1FK699969** | **$0.00** | | **$3,000.00** |
| 47.6. | **2011 TOYOTA SIENNA LE**<br>**VIN: 5TDKK3DC6BS128932** | **$0.00** | | **$350.00** |
| 47.7. | **2007 FORD Ranger**<br>**VIN: 1FTYR10D17PA93324** | **$0.00** | | **$2,000.00** |
| 47.8. | **2001 FORD RANGER**<br>**VIN: 1FTYR10U41PB23391** | **$0.00** | | **$2,000.00** |
| 47.9. | **2008 CHEVROLET SILVERADO C1500**<br>**VIN: 1GCEC14X68Z263126** | **$0.00** | | **$4,000.00** |
| 47.10. | **2019 FORD ECONOLINE E450 SUPER DUTY**<br>**VIN: 1FDXE4FS6KDC24204** | **$0.00** | | **$25,000.00** |
| 47.11. | **2021 CHEVROLET SPARK LS**<br>**VIN: KL8CB6SA6MC709478** | **$0.00** | | **$6,000.00** |
| 47.12. | **2012 CHEVROLET COLORADO**<br>**VIN: 1GCCSBF9XC8166928** | **$0.00** | | **$2,500.00** |
| 47.13. | **2007 TOYOTA COROLLA CE/LE/S**<br>**VIN: 1NXBR32E87Z833018** | **$0.00** | | **$1,500.00** |
| 47.14. | **2008 CHEVROLET UPLANDER**<br>**VIN: 1GNDV23WX8D197981** | **$0.00** | | **$1,500.00** |
| 47.15. | **2016 FORD TRANSIT CONNECT XL**<br>**VIN: NM0LE7E74G1233667** | **$0.00** | | **$3,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$60,350.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Miller Parts & Paint, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$39,567.72** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$298,333.82** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$1,543,482.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$80,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$60,350.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$2,021,733.54** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,021,733.54** |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 CT Corporation System**

Creditor's Name

**Attn: SPRS**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/27/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Column A: **Unknown** Column B: **Unknown**

**2.2 Kapitus, LLC**

Creditor's Name

**Attn: Managing Agent**
**2500 Wilson Boulevard, Ste 350**
**Arlington, VA 22201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/24/26**

**Last 4 digits of account number**
**4041**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$316,623.00** Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

2.3 **Kapitus, LLC**
Creditor's Name
**Attn: Managing Agent**
**2500 Wilson Boulevard, Ste 350**
**Arlington, VA 22201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4131**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**$35,000.00** **Unknown**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.4 **National Oak Distributors, Inc.**
Creditor's Name
**Attn: Managing Agent**
**6529 Southern Blvd**
**West Palm Beach, FL 33413**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/7/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Unknown** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.5 **Truist Bank**
Creditor's Name
**303 Peachtree Street NE**
**25th Floor 7662**
**Atlanta, GA 30308**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**$715,905.13** **Unknown**

**Describe the lien**
**Term Loan**

Creditor's email address, if known

**Date debt was incurred**
**08/13/2021**
**Last 4 digits of account number**
**6521**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **U.S. Small Business Administration**
Creditor's Name

**Attn: Managing Agent**
**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/28/2020**
**Last 4 digits of account number**
**7908**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**$399,019.64** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,466,547.77**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**Attn: Manager or Agent**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62703** | Line **2.6** | |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Billie J. Pitcher**<br>**601 Hannah Creek Rd.**<br>**Four Oaks, NC 27524**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$847.45** | **$847.45** |
| 2.2 | Priority creditor's name and mailing address<br>**Brandon Fish**<br>**506 S Magnolia Ave**<br>**Dunn, NC 28334**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$697.25** | **$697.25** |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Brandon Miller**<br>**460 Bailey Rd**<br>**Coats, NC 27521** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$573.12** | **$573.12** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Brandy A Wilson**<br>**12805 NC Highway 50 S**<br>**Newton Grove, NC 28366** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$703.94** | **$703.94** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Bruce Lingley**<br>**142 Dalton Woods Drive**<br>**Benson, NC 27504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.98** | **$400.98** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Charles C. Hudson**<br>**114 Garys Lane**<br>**Clinton, NC 28328** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$404.24** | **$404.24** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Miller Parts & Paint, Inc.** Case number (if known)
Name

2.7 Priority creditor's name and mailing address
**Dennis Dunn**
**2846 C Hockady Road**
**Four Oaks, NC 27524**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$413.10** **$413.10**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Eric J. Fritts**
**775 Lee Johnson Rd**
**Dunn, NC 28334**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$509.78** **$509.78**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.9 Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: Manager or Agent**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.10 Priority creditor's name and mailing address
**Keith R. Lawhorn**
**100 Oak Park Drive**
**Benson, NC 27504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$442.20** **$442.20**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Miller Parts & Paint, Inc.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Krystal Ortiz**<br>**153 Oxfordshire Dr**<br>**Fuquay Varina, NC 27526** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$94.97** | **$94.97** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Lynwood Lee**<br>**5235 NC 965**<br>**Four Oaks, NC 27524** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$565.95** | **$565.95** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Michael E. Williams**<br>**16395 Hobbton Hwy**<br>**Newton Grove, NC 28366** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$521.59** | **$521.59** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**North Carolina Dept of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Miller Parts & Paint, Inc.** Case number (if known)
Name

2.15 Priority creditor's name and mailing address
**Phillip D. Williams**
**394 Substation Rd**
**Dunn, NC 28334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$380.08** **$380.08**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.16 Priority creditor's name and mailing address
**Theresa Wilkins**
**454 Hwy 55 West**
**Coats, NC 27521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$720.00** **$720.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.17 Priority creditor's name and mailing address
**Tiffany Lee**
**733 Scout Road**
**Four Oaks, NC 27524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$673.87** **$673.87**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.18 Priority creditor's name and mailing address
**Tony L. Cole**
**4194 Abattoir Rd**
**Angier, NC 27501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$376.43** **$376.43**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Miller Parts & Paint, Inc.** Case number (if known)
Name

2.19 Priority creditor's name and mailing address
**Tony Norris**
**11501 Dunn Road**
**Dunn, NC 28334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.26** **$300.26**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**William H. Verzaal**
**200 Dawn Rd**
**Benson, NC 27504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$478.88** **$478.88**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**William Miller**
**460 Bailey Rd**
**Coats, NC 27521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,241.69** **$1,241.69**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**AirGas**
**Attn: Manager or Agent**
**P.O. Box 734672**
**Dallas, TX 75373-4672**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$5,571.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Revolving - Oldest invoice 6/30/2026

**Basis for the claim:** _

**Last 4 digits of account number** 7103

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Miller Parts & Paint, Inc.** Case number (if known)
Name

**3.2** **Nonpriority creditor's name and mailing address**
**Bank of America**
**Attn: Managing Agent**
**PO Box 660441**
**Dallas, TX 75266-0441**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4569

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,857.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Campbell Oil Co., Inc.**
**Attn: Manager or Agent**
**PO Box 637**
**Elizabethtown, NC 28337-0637**
**Date(s) debt was incurred** Revolving - Oldest invoice 1/09/2026
**Last 4 digits of account number** 6626

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,469.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Capital One**
**Attn: Manager or Agent**
**PO Box 71087**
**Charlotte, NC 28272-1087**
**Date(s) debt was incurred** 8/4/2026
**Last 4 digits of account number** 3041

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,284.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Cintas Corporation #0399**
**Attn: Managing Agent**
**602 Warsaw Hwy.**
**Clinton, NC 28328**
**Date(s) debt was incurred** 8/18/2026
**Last 4 digits of account number** 4629

**As of the petition filing date, the claim is:** *Check all that apply.* **$651.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Cintas Corporation #0399**
**Attn: Managing Agent**
**602 Warsaw Hwy.**
**Clinton, NC 28328**
**Date(s) debt was incurred** 8/17/2026
**Last 4 digits of account number** 5537

**As of the petition filing date, the claim is:** *Check all that apply.* **$421.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Dunn Area Chamber of Commerce**
**Attn: Managing Agent**
**109 S. Ellis Avenue**
**Dunn, NC 28335**
**Date(s) debt was incurred** 12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$390.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Dunn Tire & Auto Repair**
**Attn: Managing Agent**
**103 W. Divine St.**
**Dunn, NC 28334**
**Date(s) debt was incurred** 7/1/2026
**Last 4 digits of account number** 1449

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,892.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Miller Parts & Paint, Inc.** Case number (if known) ____
Name

**3.9** **Nonpriority creditor's name and mailing address**
**Genuine Parts Company/Napa**
**Attn: Manager or Agent**
**600 Gallimore Dairy Road**
**High Point, NC 27265**
**Date(s) debt was incurred** Revolving - Oldest Invoice May 2026
**Last 4 digits of account number** 0101

**As of the petition filing date, the claim is:** *Check all that apply.* **$396,645.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Interstate Batteries**
**Attn: Manager or Agent**
**P.O. Box 1657**
**Angier, NC 27501**
**Date(s) debt was incurred** Revolving - Oldest Invoice 90 days
**Last 4 digits of account number** 4507

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,357.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Max Miller**
**159 Dodd-McLamb Rd.**
**Four Oaks, NC 27524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$140,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Miller Coatings & Equipment**
**Attn: Managing Agent**
**120 W. Main St.**
**Benson, NC 27504**
**Date(s) debt was incurred** 3/2026
**Last 4 digits of account number** 244

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,890.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**Parrish Fire and Safety**
**Attn: Managing Agent**
**PO Box 68**
**Benson, NC 27504**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$839.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Pugh/Cadence Petroleum**
**Attn: Manager or Agent**
**P.O. Box 601872**
**Charlotte, NC 28260**
**Date(s) debt was incurred** Revolving - Oldest Invoice 4/1/2026
**Last 4 digits of account number** 0741

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,696.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor **Miller Parts & Paint, Inc.**
Name

Case number (if known)

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **10,345.78** |
| **5b. Total claims from Part 2** | 5b. | + | $ **704,967.13** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **715,312.91** |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ________________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Store location at 120 E. Stewart St., Coats, NC 27521** | **Bill & Peggy Pope<br>280 Bailey Road<br>Coats, NC 27521** |
| State the term remaining | **36 months** | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **1 Lanier IMC300F MFP Color Copier** | **Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266** |
| State the term remaining | **1 year** | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Store location at 305B Raleigh St, Newton Grove, NC 28366** | **Jerry Ingram<br>PO Box 386<br>Newton Grove, NC 28366** |
| State the term remaining | **Month to Month** | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Store location at 101 W. Divine St, Dunn, NC** | **Miller Real Estate Properties<br>Attn: Managing Agent<br>159 Dodd-McLamb Rd<br>Four Oaks, NC 27524** |
| State the term remaining | **36 months** | |
| List the contract number of any government contract | | |

Debtor 1 **Miller Parts & Paint, Inc.**
First Name Middle Name Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse located at 120 W. Main St., Benson, NC** | |
| | State the term remaining | **36 months** | **Miller Real Estate Properties**<br>**Attn: Managing Agent**<br>**159 Dodd-McLamb Rd**<br>**Four Oaks, NC 27524** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **William Max Miller** | **120 E. Stewart St**<br>**Coats, NC 27521** | **Truist Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.2 | **William Max Miller** | **120 E. Stewart St**<br>**Coats, NC 27521** | **Kapitus, LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **William Max Miller** | **120 E. Stewart St**<br>**Coats, NC 27521** | **Kapitus, LLC** | ■ D **2.3**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Miller Parts & Paint, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,547,272.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$4,365,629.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$5,445,672.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Miller Parts & Paint, Inc.** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Kapitus, LLC**<br>**Attn: Managing Agent**<br>**2500 Wilson Boulevard, Ste 350**<br>**Arlington, VA 22201** | **8/12/26,**<br>**8/5/26,**<br>**7/29/26,**<br>**7/22/26** | **$24,099.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kapitus, LLC**<br>**Attn: Managing Agent**<br>**2500 Wilson Boulevard, Ste 350**<br>**Arlington, VA 22201** | **08/12/26,**<br>**08/05, 07/29,**<br>**07/22, 07/15,**<br>**07/08, 07/01,**<br>**06/24, 06/17,**<br>**06/10, 06/03,**<br>**05/27,**<br>**05/20, 05/13,**<br>**05/06, 04/29,**<br>**04/22. 04/15,**<br>**04/08, 04/01,**<br>**03/26/26** | **$145,735.61** | **MCA** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of George Oliver, PLLC<br>PO Box 1548<br>New Bern, NC 28563** | **Attorney Fees** | **8/24/26, 10/16/26** | **$10,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Miller Coatings & Equipment**<br>**Attn: Managing Agent**<br>**120 W. Main St.**<br>**Benson, NC 27504** | **2018 FORD TRANSIT T-150 VIN:1FTYE2YM2JKA22708** | **5/8/2026** | **$5,000.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Unknown** | **2014 HOND ODYSSEY EXL VIN:5FNRL5H64EB060795** | **7/2025** | **$10,960.00** |
| | **Relationship to debtor** | | | |
| 13.3. | **Unknown** | **2015 TOYT RAV4 XLE VIN:JTMWFREV9FD074830** | **7/2025** | **$10,000.00** |
| | **Relationship to debtor** | | | |

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Citizens Bank**<br>**Attn: Managing agent**<br>**PO Box 29514**<br>**Raleigh, NC 27626-0514** | **XXXX-3563** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **8/2026** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **SAS - Specialized Accounting Services<br>Attn: Managing Agent<br>10801 Corporate Drive, Suite 100<br>Pleasant Prairie, WI 53158** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **SAS - Specialized Accounting Services** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **SAS - Specialized Accounting Services** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|
| 26d.1. **Truist Bank** |
| 26d.2. **Kapitus, LLC**<br>**Attn: Managing Agent**<br>**2500 Wilson Boulevard, Ste 350**<br>**Arlington, VA 22201** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Max Miller** | **159 Dodd-McLamb Rd.**<br>**Four Oaks, NC 27524** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1 . | **William Max Miller**<br>**120 E. Stewart St**<br>**Coats, NC 27521** | **$3,215.24, Capital One, Lowe's, medical expenses** | **4/16/26, 4/20, 4/27, 4/28, 5/12, 8/20/26** | **Personal draws** |
| | **Relationship to debtor**<br>**President** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **William Max Miller**<br>**120 E. Stewart St**<br>**Coats, NC 27521** | **$63,000** | **1/1/2026-10/15/2026** | **Payroll** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2026**

**/s/ William Max Miller**
Signature of individual signing on behalf of the debtor

**William Max Miller**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**____________ DIVISION**

**In the Matter of:**
**MILLER PARTS & PAINT, INC.**
**Debtor.**

**Chapter 11**
**Case No.: 26-____-5-___**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $Amount unknown (To be determined by the Court) |
| Prior to filing this statement, I have received | $8,879.50 |
| In addition, I am holding in trust for | $ 1,120.50 |
| Attorney's fees | |
| Balance Due | $0.00 |
| Remaining balance | $Amount unknown (To be determined by the Court) |

2. The source of compensation paid to me is:

[X] Debtor [ ] Other

3. The source of compensation to be paid to me is:

[X] Debtor [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the Debtor financial situation and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of financial affairs, and other documents required by the court;

   c) Representation of the Debtor at the meeting of creditors, confirmation hearing, and any related hearings;

   d) Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

   e) Additional fees to be approved by the Bankruptcy Court

6. By agreement with the Debtor, the above disclosed fee does not include the following services:

   Not applicable

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor in this bankruptcy proceeding.

This the 23rd day of October, 2026.

s/George M. Oliver
GEORGE M. OLIVER
N.C. State Bar No. 26587
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
Email:george@georgeoliverlaw.com
*Attorney for Debtor*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Miller Parts & Paint, Inc.** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Max Miller**<br>**120 E. Stewart St**<br>**Coats, NC 27521** | | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 23, 2026**

Signature **/s/ William Max Miller**
**William Max Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# CONSENT OF SHAREHOLDER AND PRESIDENT OF MILLER PARTS & PAINT, INC.

The undersigned, being the sole shareholder and President of this company, hereby adopts the following resolution by signing a written consent hereto, and by the execution of this consent hereby waives any and all formalities regarding notice of time, date, place and purpose of meeting.

RESOLVED, that William Max Miller, sole shareholder and President of Miller Part & Paint, Inc. is hereby authorized to file a bankruptcy petition under Chapter 11 of the Bankruptcy Code on behalf of this company and to take such other action as is necessary and appropriate in connection therewith, including but not limited to:

(i) the employment of The Law Offices of George Oliver, PLLC, to represent the company in that proceeding;
(ii) to execute the bankruptcy petition and all documents necessary to effectuate the foregoing;
(iii) to attend all required hearings and meetings on behalf of the company; and
(iv) to propose one or more plans and/or amendments thereto on behalf of the company.

This action is effective as of the 25 day of September, 2026.

**Sole shareholder and President**

[signature]
William Max Miller

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Miller Parts & Paint, Inc.** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 23, 2026**

**/s/ William Max Miller**
**William Max Miller**/**President**
Signer/Title

MILLER PARTS & PAINT, INC.
101 W. DIVINE ST.
DUNN, NC 28334

GEORGE MASON OLIVER
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN: MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AIRGAS
ATTN: MANAGER OR AGENT
P.O. BOX 734672
DALLAS, TX 75373-4672

BANK OF AMERICA
ATTN: MANAGING AGENT
PO BOX 660441
DALLAS, TX 75266-0441

BILL & PEGGY POPE
280 BAILEY ROAD
COATS, NC 27521

BILLIE J. PITCHER
601 HANNAH CREEK RD.
FOUR OAKS, NC 27524

BRANDON FISH
506 S MAGNOLIA AVE
DUNN, NC 28334

BRANDON MILLER
460 BAILEY RD
COATS, NC 27521

BRANDY A WILSON
12805 NC HIGHWAY 50 S
NEWTON GROVE, NC 28366

BRUCE LINGLEY
142 DALTON WOODS DRIVE
BENSON, NC 27504

CAMPBELL OIL CO., INC.
ATTN: MANAGER OR AGENT
PO BOX 637
ELIZABETHTOWN, NC 28337-0637

CAPITAL ONE
ATTN: MANAGER OR AGENT
PO BOX 71087
CHARLOTTE, NC 28272-1087

CHARLES C. HUDSON
114 GARYS LANE
CLINTON, NC 28328

CINTAS CORPORATION #0399
ATTN: MANAGING AGENT
602 WARSAW HWY.
CLINTON, NC 28328

CORPORATION SERVICE COMPANY
ATTN: MANAGER OR AGENT
801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703

CT CORPORATION SYSTEM
ATTN: SPRS
330 N BRAND BLVD STE 700
GLENDALE, CA 91203

DENNIS DUNN
2846 C HOCKADY ROAD
FOUR OAKS, NC 27524

DUNN AREA CHAMBER OF COMMERCE
ATTN: MANAGING AGENT
109 S. ELLIS AVENUE
DUNN, NC 28335

DUNN TIRE & AUTO REPAIR
ATTN: MANAGING AGENT
103 W. DIVINE ST.
DUNN, NC 28334

ERIC J. FRITTS
775 LEE JOHNSON RD
DUNN, NC 28334

GENUINE PARTS COMPANY/NAPA
ATTN: MANAGER OR AGENT
600 GALLIMORE DAIRY ROAD
HIGH POINT, NC 27265

GREAT AMERICA FINANCIAL SERVICES
PO BOX 660831
DALLAS, TX 75266

INTERSTATE BATTERIES
ATTN: MANAGER OR AGENT
P.O. BOX 1657
ANGIER, NC 27501

JERRY INGRAM
PO BOX 386
NEWTON GROVE, NC 28366

KAPITUS, LLC
ATTN: MANAGING AGENT
2500 WILSON BOULEVARD, STE 350
ARLINGTON, VA 22201

KEITH R. LAWHORN
100 OAK PARK DRIVE
BENSON, NC 27504

KRYSTAL ORTIZ
153 OXFORDSHIRE DR
FUQUAY VARINA, NC 27526

LYNWOOD LEE
5235 NC 965
FOUR OAKS, NC 27524

MAX MILLER
159 DODD-MCLAMB RD.
FOUR OAKS, NC 27524

MICHAEL E. WILLIAMS
16395 HOBBTON HWY
NEWTON GROVE, NC 28366

MILLER COATINGS & EQUIPMENT
ATTN: MANAGING AGENT
120 W. MAIN ST.
BENSON, NC 27504

NATIONAL OAK DISTRIBUTORS, INC.
ATTN: MANAGING AGENT
6529 SOUTHERN BLVD
WEST PALM BEACH, FL 33413

PARRISH FIRE AND SAFETY
ATTN: MANAGING AGENT
PO BOX 68
BENSON, NC 27504

PHILLIP D. WILLIAMS
394 SUBSTATION RD
DUNN, NC 28334

PUGH/CADENCE PETROLEUM
ATTN: MANAGER OR AGENT
P.O. BOX 601872
CHARLOTTE, NC 28260

THERESA WILKINS
454 HWY 55 WEST
COATS, NC 27521

TIFFANY LEE
733 SCOUT ROAD
FOUR OAKS, NC 27524

TONY L. COLE
4194 ABATTOIR RD
ANGIER, NC 27501

TONY NORRIS
11501 DUNN ROAD
DUNN, NC 28334

TRUIST BANK
303 PEACHTREE STREET NE
25TH FLOOR 7662
ATLANTA, GA 30308

U.S. SMALL BUSINESS ADMINISTRATION
ATTN: MANAGING AGENT
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL 35203

WILLIAM H. VERZAAL
200 DAWN RD
BENSON, NC 27504

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Miller Parts & Paint, Inc.** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Miller Parts & Paint, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 23, 2026**
Date

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for **Miller Parts & Paint, Inc.**

**The Law Offices of**
**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**